# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HOLLY MCFARLAND, on behalf of herself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>STRATFORD COMMONS REHABILITATION & HEALTH CARE CENTER, LLC, )<br><br>Defendant. ) | Case No. _____ |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that defendant Stratford Commons Rehabilitation & Health Care Center, LLC ("Defendant"), pursuant to D. Kan. Local Rule 81.1, hereby removes to this Court the state court action described below.

1. On or about March 13, 2017, an action was commenced by plaintiff Holly McFarland ("Plaintiff") in the Johnson County District Court, captioned *Holly McFarland v. Stratford Commons Rehabilitation & Health Care Center, LLC*, Case No. 17 CV 01478.

2. Defendant was served with a summons and a copy of Plaintiff's Petition on March 28, 2017. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed. A copy of the Summons, Request and Service Instruction Form, and Petition as received by Defendant is attached hereto as **Exhibit A**.

3. This action is a civil action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, in which Plaintiff alleges "Defendant has failed to pay wages and overtime to its

1

employees by failing to pay them for all of their compensable time in violation of the FLSA." *See* Exhibit A, Petition, ¶ 9, pg. 2.

4. Because Plaintiff seeks relief under the FLSA, a federal statute, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. Removal of this action is therefore appropriate under 28 U.S.C. § 1441(a).

5. In filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

WHEREFORE, defendant Stratford Commons Rehabilitation & Health Care Center, LLC hereby respectfully requests this action be removed to the United States District Court for the District of Kansas, and for such other relief as the Court deems just and appropriate.

Dated: April 7, 2017

Respectfully submitted,



By   /s/ *Benjamin Prell*
    Matthew T. Geiger    KS # 19205
    Benjamin R. Prell    KS # 21244
    10000 College Boulevard, Suite 100
    Overland Park, Kansas 66210
    913-661-2430 (telephone)
    913-362-6729 (facsimile)
    mgeiger@geigerprell.com
    bprell@geigerprell.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

       On April 7, 2017, I electronically filed this Notice of Removal with the Clerk of the Court using the CM/ECF system, and served written notice, pursuant to D. Kan. Local Rule 81.1(c)(1), via U.S. mail and electronic mail on the following:

Phillip M. Murphy, II  
Law Office of Phillip M. Murphy, II  
4717 Grand Avenue, Suite 250  
Kansas City, MO  64112  
Phillip@phillipmurphylaw.com

                                                 /s/ *Benjamin Prell*  
                                                 Attorney for Defendant